UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AMELIA SALDANA, as trustee of the Saldana Revocable Family Trust and JOSE G. SALDANA, JR., trust beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK as Trustee for WORLD SAVINGS REMIC 24, TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 24, US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:18-CV-01049-HSG<br><br>[The Honorable Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

After consideration of the joint stipulation submitted by the parties, and good cause appearing, the Court orders as follows: the Initial Case Management Conference scheduled for July 10, 2018 is hereby continued to September 6, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 18, 2018

_____
HON. HAYWOOD S. GILLIAM JR.
U.S. DISTRICT JUDGE