UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AMELIA SALDANA, as trustee of the Saldana Revocable Family Trust and JOSE G. SALDANA, JR., trust beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK as Trustee for WORLD SAVINGS REMIC 24, TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 24, US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:18-CV-01049-HSG<br><br>[The Honorable Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO MOTION TO DISMISS FILED BY WELLS FARGO BANK, N.A. AND THE BANK OF NEW YORK MELLON** |

After consideration of the joint stipulation submitted by the parties, and good cause appearing, the Court orders as follows: the time for Plaintiffs to file their response to Defendants' Motion to Dismiss shall be extended from June 21, 2018 to July 6th, 2018. Defendants Wells Fargo Bank, N.A. and Bank of New York Mellon shall have until July 13th, 2018 to file their reply. **IT IS SO ORDERED.**

Dated: June 21, 2018

_____
HON. HAYWOOD S. GILLIAM JR.
U.S. DISTRICT JUDGE