Jana Logan (CA SBN 171152)
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 398-3354
Facsimile: (619) 398-3355
E-Mail: jlogan@kirbymac.com

Attorneys for Defendant
U.S. Bank, National Association as Legal Title Trustee for the Truman 2016 SC6 Title Trust

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| AMELIA SALDANA, as trustee of the Saldana Revocable Family Trust and JOSE G. SALDANA, JR., trust beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 24, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 24 TRUST, US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 4:18-CV-01049-HSG**<br><br>**STIPULATION FOR ORDER PERMITTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS/STRIKE HEARINGS**<br><br>Date: September 6, 2018<br>Time: 2:00 p.m.<br><br>Ctrm.: 2 (4th Floor)<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: January 17, 2018<br>Removed: February 16, 2018 |

TO THE HONORABLE HAYWOOD S. GILLIAM, JR.:

This Stipulation for Order Permitting Telephonic Appearance of Defendant U.S. Bank, National Association as Legal Title Trustee for the Truman 2016 SC6 Title Trust ("U.S. Bank") at the Case Management Conference and Motions to Dismiss and Strike scheduled for September 6, 2018 is made and entered into by and

among Plaintiffs Amelia Saldana, as trustee of the Saldana Revocable Family Trust and Jose G. Saldana, Jr., trust beneficiary ("Plaintiffs") and Wells Fargo Bank, N.A. successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") and The Bank of New York Mellon, f/k/a the Bank of New York (collectively the "Bank Defendants") and U.S. Bank (collectively the "Parties"), by and through their respective counsel.

## RECITALS

WHEREAS, the Bank Defendants' demurrer to plaintiffs' complaint is set for hearing on September 6, 2018 and is fully briefed [Doc 28];

WHEREAS, U.S. Bank's demurrer and motion to strike was set for hearing on October 25, 2018 and is fully briefed [Doc 31 and 32];

WHEREAS, this Court, *sua sponte*, advanced U.S. Bank's demurrer and motion to strike hearing to September 6, 2018 [Doc 35];

WHEREAS, a Case Management Conference is scheduled in this Court on September 6, 2018 at 2:00 p.m.;

WHEREAS, U.S. Bank's counsel is in San Diego, California. Therefore, making a personal appearance will involve travel costs and expenses that could otherwise be avoided by making a telephonic appearance; and

WHEREAS, the Parties agree that the Case Management Conference can and should go forward with U.S. Bank' attorney appearing telephonically throughout the conference and at the motion to dismiss and strike hearings.

## STIPULATION

NOW, THEREFORE, BASED UPON THE FOREGOING RECITALS, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. U.S. Bank's counsel is permitted to appear telephonically for the Case Management Conference and Motion to Dismiss and Strike hearings on September 6, 2018, subject to Court approval.

IT IS SO STIPULATED.

DATED: August 13, 2018  KIRBY & McGUINN, A P.C.

BY: */s/ Jana Logan*
    JANA LOGAN
Attorneys for Defendant
U.S. Bank, National Association as Legal Title Trustee for the Truman 2016 SC6 Title Trust

DATED: August 13, 2018  LAW OFFICE OF MARK W. LAPHAM

BY: */s/ Mark W. Lapham*
    MARK W. LAPHAM
Attorneys for Plaintiffs
Amelia Saldana, as trustee of the Saldana Revocable Family Trust and Jose G. Saldana, Jr., trust beneficiary

DATED: August 13, 2018  ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

BY: */s/ Michael Rapkine*
    Michael Rapkine
Attorneys for Defendants
Wells Fargo Bank, N.A. successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") and The Bank of New York Mellon, f/k/a the Bank of New York

DATED: 8/15/2018

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR ORDER PERMITTING TELEPHONIC APPEARANCE OF U.S. BANK