# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AMELIA SALDANA, as trustee of the Saldana Revocable Family Trust and JOSE G. SALDANA, JR., trust beneficiary,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK as Trustee for WORLD SAVINGS REMIC 24, TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 24, US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:18-CV-01049-HSG<br><br>[The Hon. Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING THE BANK DEFENDANTS' REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: February 28, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2 |

The Court, having read and considered the Bank Defendants' request to appear telephonically at the initial Case Management Conference set for February 28, 2019, and good cause appearing, finds:

The request by the Bank Defendants to appear by telephone is GRANTED.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Counsel for the Bank Defendants (Michael Rapkine) may appear by telephone at the initial Case Management Conference; *and*

2. Counsel for the Bank Defendants shall contact Court Call at 866-582-6878 to arrange for the telephonic appearance.

Dated: 2/14/2019

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE