# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AMELIA SALDANA, as trustee of the Saldana Revocable Family Trust and JOSE G. SALDANA, JR., trust beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK as Trustee for the WORLD SAVINGS REMIC 24, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 24 TRUST, US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO. 4:18-CV-01049-HSG**<br><br>**ORDER GRANTING PERMISSION FOR U.S. BANK TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS/STRIKE HEARINGS**<br><br>Date: June 13, 2019<br>Time: 2:00 p.m.<br><br>Ctrm.: 2 (4th Floor)<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: January 17, 2018<br>Removed: February 16, 2018 |

After consideration of the request submitted by U.S. Bank, National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust [Dkt. 61], and good cause appearing, the Court permits defendant, U.S. Bank, National Association as Legal Title Trustee for the Truman 2016 SC6 Title Trust, by and through its counsel of record, to appear telephonically at the Motion to Dismiss the First

Amended Complaint and Motion to Strike Punitive Damages hearings set for June 13, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: <u>May 30, 2019</u>

HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE