UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AMELIA SALDANA, as trustee of the Saldana Revocable Family Trust and JOSE G. SALDANA, JR., trust beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; BANK OF NEW YORK MELLON, f/k/a BANK OF NEW YORK as Trustee for WORLD SAVINGS REMIC 24, TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 24, US BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:18-CV-01049-HSG<br><br>[The Honorable Haywood S. Gilliam, Jr.]<br><br>**JUDGMENT OF DISMISSAL** |

On June 4, 2019, the Court entered an order granting the motions to dismiss (Dkt. Nos. 59 & 61) brought by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo"), defendant THE BANK OF NEW YORK MELLON, formerly known as The Bank of New York, and defendant U.S. Bank, National Association as Legal Title Trustee for the Truman 2016 SC6 Title Trust. (collectively, the "Bank Defendants".) The order granted the Bank

Defendants' motions to dismiss *without leave to amend* as to all claims in the First Amended Complaint. (Dkt. No. 72.)

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. The Bank Defendants' motions to dismiss each claim in the First Amended Complaint are GRANTED for the reasons set out in the Court's June 4, 2019 order;
2. Plaintiffs' claims are dismissed without leave to amend; *and*
3. Plaintiffs shall take nothing from the Bank Defendants in this action.

Dated: June 12, 2019

THE HON. HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE